**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01297-CMA-MEH

GERALD HICKEY,

    Plaintiff,

v.

WYSE FINANCIAL SERVICES, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with F.R.Civ.P. 41(a)(1) and the Stipulation Re Dismissal Of Entire Action And All Parties, With Prejudice (Doc. # 11), it is hereby

    ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and expenses.

    DATED: August __19__, 2009

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Court Judge